**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:04CR00291-02 JLH | |
| HARRY T. BAKER | | DEFENDANT |

**ORDER**

Harry T. Baker has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), based upon the retroactive application of the crack cocaine guideline reduction effective March 3, 2008.

Not every person sentenced for a crack cocaine offense is eligible for a sentence reduction. Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible.

Baker was held responsible for between 5 and 20 grams of cocaine base, which at the time he was sentenced, resulted in a level 26. He received 3 points for acceptance of responsibility, which resulted in a total offense level of 23. His criminal history category was VI. The guideline range for an offense level of 23 and a criminal history category of VI is 92 to 115 months. Under the new guidelines for crack cocaine, Baker's offense level would be 24, so after a 3 level reduction, he would be at level 21. The guideline range for an offense level of 21 and a criminal history category of VI is 77 to 96 months. Baker was sentenced to a term of imprisonment of 60 months because that was the statutory maximum under 18 U.S.C. § 371, the offense for which he was convicted. When the statutory maximum is less than the guideline range, the statutory maximum is the guideline sentence. *See* U.S.S.G. § 5G1.1(a). Even if the new guideline range were applied to Baker, that

range would still be above the statutory maximum, so the statutory maximum would still be the guideline sentence. The retroactive application of the sentencing guidelines would not change Baker's sentence. Therefore, Baker's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is DENIED. Document #704.

    IT IS SO ORDERED this 17th day of March, 2008.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE