Case 4:04-cr-00291-JLH Document 962 Filed 01/24/12 Page 1 of 2

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 24 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| HARRY TYRONE BAKER | Case No.   4:04CR00291-02 JLH |
|  | USM No.   23557-009 |
|  | John Ogles |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   _General, 2, Special_   of the term of supervision.

☐   was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful use of a controlled substance | November 28, 2011 |
| 2 | Failure to submit monthly reports as directed by probation officer | September, 2011 |
| Special | Failure to participate in substance abuse treatment program as directed by probation officer | October 31, 2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8355

Defendant's Year of Birth:   1964

City and State of Defendant's Residence:
Jacksonville, Arkansas

January 24, 2012
Date of Imposition of Judgment

Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

January 24, 2012
Date

Judgment — Page 2 of 2

DEFENDANT: HARRY TYRONE BAKER
CASE NUMBER: 4:04CR00291-02 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**21 MONTHS with no term of supervised release to follow**

X   The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant participate in residential substance abuse treatment during incarceration. The Court further recommends placement in the FCI Forrest City, Arkansas, facility so as to remain near his family.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL